**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

Andrea E. Celli, Chapter 13 Standing Trustee
7 Southwoods Boulevard
Albany, New York, 12211

**NOTICE OF ADDITIONAL CLAIM**

Debtor(s): KAREN DEFAZIO
           4143 STATE RTE 7
           HOOSICK FALLS NY 12090


Attorney : RICHARD CROAK & ASSOC.
           314 GREAT OAKS BLVD
           ALBANY, NY 12203


Creditor : BAC HOME LOANS FKA COUNTRYWIDE
           7105 CORPORATE DR
           PTX-B-209
           PLANO, TX 75024

Case No. : 10-10152

Account #: 0547                      Date Claim Filed: Feb 28, 2011

Claim Amount $  44,923.96     Creditor Type: MORTGAGE ARREARS
Interest Rate:     .00 %

Reason for notice: IN ADDITION TO PREVIOUSLY FILED CLAIMS


     Pursuant to 11 USC 502(a), the claim noted above is deemed allowed unless an objection is made by the debtor or other parties interested. Distribution will be remitted to the above creditor based on the filed claim amount unless you or your attorney files a written objection with the Court **AND** the Chapter 13 Trustee's office within 90 days from the date of this notice. All written ojections must be in compliance with Rule 9014 which mandates **NOTICE OF MOTION** form. Secured and Priority creditors will be paid in full. Unsecured creditors must receive the minimum percentage as set in the Confirmation Order and/or the Order if there is no objection to this amended claim your plan length and/or plan payments may have to increase. If the amended claim is so large as to render your plan infeasible, your case will be subject to dismissal.

                                           /s/ Andrea E. Celli
Dated: July 8, 2011         _____
                                  Andrea E. Celli, Trustee
_____
                         CERTIFICATE OF MAILING
The undersigned hereby certifies that a copy of this Notice was mailed this date to the parties noted above at the addresses noted herein by regular mail, unless otherwise noted above.
                                    /s/ MEAGAN DELLARATTA
Dated:July 8, 2011          Signed:_____